IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and JOHN MYERS, Revenue Officer,<br><br>Petitioners,<br><br>vs.<br><br>PHILIP BEITPOULICE,<br><br>Defendant.<br>_____/ | Case No. C-07-5653 MEJ<br><br>ORDER RESCINDING PRIOR ORDER RE PETITIONERS REQUEST FOR ORDER TO SHOW. CAUSE DOCKET #5 |

The Court hereby rescinds its ORDER TO SHOW CAUSE, docket #5.

**IT IS SO ORDERED.**

Dated: December 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge