JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTSBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6805
  Fax:        (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>JOHN MYERS, Revenue Officer,<br><br>      Petitioners,<br><br>    v.<br><br>PHILIP BEITPOULICE,<br><br>      Respondent. | NO. 03:07-cv-5653-MEJ<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

     Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, JOHN MYERS, voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                      */s/Thomas M. Newman*
                                      THOMAS M. NEWMAN
                                      DAVID L. DENIER
                                      Assistant United States Attorneys
                                      Tax Division

Notice of Dismissal                                   1